UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY SCOTT CLARK,

Petitioner,

Case No. 4:21-cv-11938
Hon. F. Kay Behm

v.

NOAH NAGY,

Respondent.
______________________________________/

# JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated at Detroit, Michigan, this 17th, day of September, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/Kourtney Collins
DEPUTY CLERK

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge